IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHAMED ABDUL AZIZ, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br>    President of the United States, ) <br>    *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-CV-0492 (JR) |
| MOHAMMED AL AMIN, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br>    President of the United States, ) <br>    *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-CV-2336 (PLF) |

## NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 757 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 757 has filed petitions as Ahamed Abdul Aziz in <u>Aziz v. Bush</u>, No. 05-CV-0492 (JR), and as Mohammed Al Amin in <u>Amin v. Bush</u>, No. 05-CV-2336 (PLF).

Dated: December 13, 2005        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-2000

Attorneys for Respondents