### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHAMED ABDUL AZIZ, *et al.*, | |
| Petitioners, | Civil Action No. 05-00492 (JR) |
| v. | |
| GEORGE W. BUSH, et al., | |
| Respondents. | |
| MOHAMMED AL-AMIN,  et al.,, | |
| Petitioners, | Civil Action No. 05-02336 (PLF) |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

**NOTICE OF FILING**

Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case:  Petitioners' Response to Notice of Alleged Multiple Petitions Filed by Guantanamo Bay Detainee and, in support thereof, Declaration of Matthew K. Handley in Opposition to Notice of Multiple Petitions Filed by Guantanamo Bay Detainee.

|  |  |
|---|---|
| DATE: December 15, 2005 | _____/s/_____<br>Michael D. Hausfeld (DC153742)<br>Agnieszka M. Fryzman (DC459208)<br>Matthew K. Handley (DC489946)<br>Reena Gambhir<br>**COHEN MILSTEIN HAUSFELD & TOLL**<br>1100 New York Ave, NW, Suite 500W<br>Washington, DC 20005<br>Telephone:   (202) 408-4600<br>Facsimile:    (202) 408-4699<br><br>John Holland (CO 5246)<br>Anna Cayton-Holland (CO 35811)<br>**LAW OFFICES OF JOHN HOLLAND**<br>2150 W. 29th Ave, Suite 500<br>Denver, CO 80211<br>Telephone:   (303) 860-1331<br>Facsimile:    (303) 832-6506<br><br>Barbara Olshansky<br>Deputy Director<br>**CENTER FOR CONSTITUTIONAL RIGHTS**<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone:   (212) 614-6439<br>Facsimile:    (212) 614-6499<br><br>Clive A. Stafford Smith, *pro hac vice* No.05-492<br>**JUSTICE IN EXILE**<br>P.O. Box 52742<br>London, EC4P 4WS<br>England |