**ATTACHMENT TO NOTICE OF FILING**

      Petitioners' Response to Notice of Alleged Multiple Petitions Filed by Guantanamo Bay Detainee and, in support thereof, Declaration of Matthew K. Handley in Opposition to Notice of Multiple Petitions Filed by Guantanamo Bay Detainee in the cases of *Aziz v. Bush*, No. 05-00492 (JR) and *Al-Amin v. Bush*, No. 05-02336 (PLF) was filed with the Court Security Officer today this 15th day of December 2005 at 4:00 p.m.