PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHAMED ABDUL AZIZ, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action NO. 05-CV-0492(JR) |
| MOHAMMED AL-AMIN, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-2336(PLF) |

### PETITIONERS' RESPONSE TO NOTICE OF ALLEGED MULTIPLE PETITIONS FILED BY GUANTÁNAMO BAY DETAINEE

On December 13, 2005, Respondents in *Al-Amin v. Bush* and *Aziz v. Bush* filed notices claiming that Petitioners Ahamed Abdul Aziz ("Aziz") and Mohammed Al-Amin ("Al-Amin") are the same person. Petitioners Al-Amin and Aziz, by and through their attorneys, respond as follows:

1. Undersigned counsel visited Guantánamo Bay the week of October 17th. *See* Declaration of Matthew K. Handley ("Handley Decl."), attached herewith.

2. While in Guantánamo Bay, they visited with Petitioner Aziz. *Id*.

3. While in Guantánamo Bay, undersigned counsel learned from Mr. Aziz that there was another Mauritanian citizen being held as a prisoner. Mr. Aziz clearly and unequivocally identified this additional Mauritanian prisoner as Mohammed Al-Amin. *Id.*

4. Ahamed Abdul Aziz signed a next friend authorization so that a petition could be brought on behalf of Mr. Al-Amin. *Id; See* Authorization for Representation signed by Mr. Aziz, attached hereto as Exhibit A.[1]

5. Ahamed Abdul Aziz is in his late thirties. Mohammed Al-Amin is described as being in his early twenties. Handley Decl.

6. On information and belief, Mohammed Al-Amin is engaged actively in the hunger strike and is currently or has recently been force fed. Mr. Aziz has participated in the hunger strike but has not been force fed. *Id.*

7. Guantánamo Bay Detainee and Petitioner Shaker Aamer also and independently of Mr. Aziz listed three Mauritanians as being in Guantánamo Bay Detention Center. He listed Ahamed Abdul Aziz, Mohammed Al-Amin and Mohammedou Ould Salahi. *See* Authorization for Representation signed by Mr. Aamer, attached as Exhibit B.

8. As Mr. Aziz himself has identified Mr. Al-Amin as another prisoner in Guantánamo Bay, there is no reason to accept Respondent's assertion that these are the same men. Respondents' Notice is *wholly unsupported* by any evidence.

---

[1] All references to Exhibit __ are to Exhibits to the Handley Decl., attached herewith.

9. The rights at stake here are grave. Mr. Al-Amin has the right to his own day in court. As Mr. Aziz claims to not be the same man as Mr. Al-Amin, a factual hearing should be held to determine if they are indeed the same person. It is alarming that the government appears to have misplaced a well known prisoner, to wit, Petitioner Al-Amin.

10. Undersigned counsel plan to return to Guantánamo in January 2006 to meet with Mr. Aziz and to meet with their client, Mr. Al-Amin for the first time. More facts about Mr. Al-Amin can be gathered at that time. Petitioners respectfully request that the Court direct the government to find Mr. Al-Amin and produce an early factual return as to him.

Dated: December 15, 2005                         Respectfully submitted,

                                                 _____/s/_____
                                                 Michael D. Hausfeld (DC153742)
                                                 Agnieszka M. Fryzman (DC459208)
                                                 Matthew K. Handley (DC489946)
                                                 Reena Gambhir
                                                 COHEN MILSTEIN HAUSFELD & TOLL
                                                 1100 New York Ave, NW, Suite 500W
                                                 Washington, DC 20005
                                                 Telephone:   (202) 408-4600
                                                 Facsimile:   (202) 408-4699

                                                 John Holland (CO 5246)
                                                 Anna Cayton-Holland (CO 35811)
                                                 LAW OFFICES OF JOHN HOLLAND
                                                 2150 W. 29th Ave, Suite 500
                                                 Denver, CO 80211
                                                 Telephone:   (303) 860-1331
                                                 Facsimile:   (303) 832-6506