PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHAMED ABDUL AZIZ,** *et al.,* ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| **v.** ) | **Civil Action NO. 05-CV-0492(JR)** |
| ) | |
| **GEORGE W. BUSH,** ) | |
| **President of the United States,** ) | |
| *et al.,* ) | |
| ) | |
| ) | |
| **Respondents.** ) | |
| ) | |
| **MOHAMMED AL-AMIN,** *et al.,* ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-CV-2336(PLF)** |
| ) | |
| **GEORGE W. BUSH,** ) | |
| **President of the United States,** ) | |
| *et al.,* ) | |
| ) | |
| **Respondents.** ) | |

## DECLARATION OF MATTHEW K. HANDLEY IN OPPOSITION TO NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

I, Matthew K. Handley, under the pains and penalties of perjury, declare and say:

1.      I am an attorney in the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel

for Petitioners Ahamed Abdul Aziz ("Aziz") and Mohammed Al-Amin ("Al-Amin").  Petitioner

Al-Amin is a petitioner in Civil Action No. 05-CV-2336 (PLF).  I am submitting this declaration

in opposition to the United States government's Notice of Multiple Petitions Filed by

Guantanamo Bay Detainee, which was filed December 13, 2005.  The government's notice

contends that Petitioner Aziz is the same person as Petitioner Al-Amin.  In opposition to such

contention, I declare:

2.      On October 20, 2005, October 21, 2005, and October 22, 2005, my co-counsel, John

Robert Holland and Anna Cayton-Holland, and I met with our client, Petitioner Aziz, in

Guantanamo Bay, Cuba.  During our meeting, Petitioner Aziz requested that my co-counsel and I

represent an additional detainee, Mohammad Al-Amin.  Petitioner Aziz stated that this request

was made in part because Al-Amin is, like Petitioner Aziz, a Mauritanian citizen.  Petitioner

Aziz described Al-Amin as very young, likely in his early twenties.  Petitioner Aziz further

described Al-Amin as engaged actively in the hunger strike and currently or recently having been

force fed.  Petitioner Aziz was unaware if Al-Amin was already represented.

3.      Attached as Exhibit A is a true and correct copy of a letter signed by Petitioner Aziz

during my meeting with him in October 2005, requesting as next friend that my co-counsel and I

file a petition for writ of habeas corpus on behalf of Al-Amin and represent Al-Amin in such

action.

4.      Attached as Exhibit B is a true and correct copy of a letter signed by Shaker Aamer,

Guantanamo Detainee and Petitioner in Civil Case No. 1:04-cv-02215-RMC, authorizing the

filing of a petition for writ of habeas corpus on behalf of Al-Amin and Aziz.  This letter was

attached as Exhibit A to Petitioner Al-Amin's petition for writ of habeas corpus.

_____/s/_____
                    Matthew K. Handley