PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

**EXHIBIT A**

## Legal Next Friend Petition

I, Ahmed Abdul Aziz, as Next Friend of Mauritanian detainee Mohammad Al-Amin, authorizes the filing of a petition for writ of habeas corpus and complaint for declaratory and injunctive relief on behalf of Mohammad Al-Amin, by the law firms of Cohen, Milstein, Hausfeld and Toll, Clive Stafford Smith, and The Law Offices of John Holland P.C. To my knowledge, this detainee is seeking representation in this matter by an attorney and has asked me to help him get lawyers for him.

Ahmed Abdul Aziz                    Ahmed

Signed Voluntarily by Next     Date October 22th 2005
Friend Ahmed Abdul Aziz for
Mohammad Al-Amin

UNCLASSIFIED