PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

# **Exhibit B**

## AUTHORIZATION

I, SHAKER AAMER, STATE THE FOLLOWING WISH TO HAVE THEIR OWN LAWYERS, AND ALTERNATIVELY I WILL ACT AS THEIR "NEXT FRIEND";

| | | |
|---|---|---|
| MOHAMMED EL-AMIN | MAURITANIA | CAMP 1 |
| AHMAD ABDUL AZIZ | MAURITANIA | CAMP V |
| MOHAMMEDU SALAHI | MAURITANIA | CAMP ? |

I AUTHORIZE CLIVE STAFFORD SMITH, OR ANY LAWYER AUTHORIZED BY HIM, TO PURSUE ALL POSSIBLE LEGAL REMEDIES.

9th MARCH 2005.

Shaker Aamer