IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HISHAM SLITI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-0429 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AHAMED ABDUL AZIZ, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-0492 (JR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| MOHAMMED AL AMIN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2336 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**SUPPLEMENTAL NOTICE OF MULTIPLE PETITIONS
FILED BY GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 706 has filed petitions for writ of habeas corpus in two of the above-captioned cases. Detainee ISN 706 has filed petitions as Muhammed Sidii in <u>Sliti v. Bush</u>, No. 05-CV-0429 (RJL), and as Mohammed Al Amin in <u>Amin v. Bush</u>, No. 05-CV-2336 (PLF).

Based on identifying information contained in the petition for writ of habeas corpus filed in <u>Amin v. Bush</u>, No. 05-CV-2336 (PLF), respondents determined that petitioner Mohammed Al Amin previously filed a petition as Ahamed Abdul Aziz in <u>Aziz v. Bush</u>, No. 05-CV-0492 (JR). Consequently, respondents filed a notice in the <u>Amin</u> and <u>Aziz</u> cases indicating the multiple petitions filed by this detainee. <u>See</u> Notice of Multiple Petitions Filed by Guantanamo Detainee in <u>Aziz v. Bush</u>, No. 05-CV-0492 (JR) (dkt. no. 30) and <u>Amin v. Bush</u>, No. 05-CV-2336 (PLF) (dkt. no. 4) (identifying petitioner Mohammed Al Amin as Detainee ISN 757). Counsel in <u>Amin</u> subsequently filed a Response to Respondents' Notice of Multiple Petitions, which revealed additional identifying information about petitioner Mohammed Al Amin that counsel did not previously make available to respondents. <u>See</u> Petitioners' Response to Notice of Alleged Multiple Petitions Filed by Guantanamo Bay Detainee in <u>Aziz v. Bush</u>, No. 05-CV-0492 (JR) (dkt. no. 32) and <u>Amin v. Bush</u>, No. 05-CV-2336 (PLF) (dkt. no. 6). Based on this additional information, respondents have identified petitioner Mohammed Al Amin as Detainee ISN 706, who previously filed a petition as Muhammed Sidii in <u>Sliti v. Bush</u>, No. 05-CV-0429 (RJL). The prior identification of petitioner Mohammed Al Amin as Detainee ISN 757 should be disregarded.

Dated: December 20, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel


　　/s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents