IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2010 (JR) |
| JABBAROW OYBEK JAMOLIVICH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2112 (RBW) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2201 (ESH) |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2336 (PLF) |
| GHASSAN ABDULLAH AL SHARBI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2348 (EGS) |
| AHMED BEN BACHA, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2349 (RMC) |

ABDULLAH WAZIR ZADRAN, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-2367 (RWR)

---

ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-2369 (RWR)

---

ABDUR RAZAKAH, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-2370 (EGS)

| | |
|---|---|
| AHMED AL DARBY, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2371 (RCL) |
| ABDUL HALEEM, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2376 (RBW) |
| ABDUL HAMID ABDUL SALAM<br>AL-GHIZZAWI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2378 (JDB) |

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2379 (JR) |
| ZAKARIA AL-BAIDANY, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2380 (CKK) |
| ISMAIL ALI AL RAMMI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2381 (JDB) |

| | |
|---|---|
| SALIM SAID, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2384 (RWR) |
| AMER MOHAMMON, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2386 (RBW) |
| JOBRAN SAAD AL-QUHTANI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2387 (RMC) |

| | | |
|---|---|---|
| THABID, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-2398 (ESH) |
| ALKHADR ABDULLAH AL YAFIE, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-2399 (RJL) |
| MOHAMMAD RIMI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-2427 (RJL) |

| | |
|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2444 (RMC) |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2452 (PLF) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2458 (RWR) |

| | |
|---|---|
| ANWAR KHAN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2466 (RCL) |
| MUBARK HUSSEIN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2467 (PLF) |
| AHMED AL-DELEBANY, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2477 (RMU) |

GHANIM-ABDULRAHMAN AL-HARBI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-2479 (HHK)

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: January 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents