AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MOHAMMED AL AMIN, et al.,

       Petitioners- Plaintiff(s)       )
                                                   )     **APPEARANCE**

                        vs.                   )     CASE NUMBER 1:05-CV-02336 (PLF)
GEORGE W. BUSH, et al.,

       Respondents-Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Avi Samuel Garbow   as counsel in this
                                             (Attorney's Name)

case for: Petitioner, Mohammed Al Amin and Next Friend, Shaker Aamer
                       (Name of party or parties)

January 17, 2006
Date

_[signature]_
Signature

445399
BAR IDENTIFICATION

Avi Samuel Garbow
Print Name
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., Suite 500
Address
Washington, DC 20005
City    State    Zip Code

(202) 408-4600
Phone Number