## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN, et al.** ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| v. ) | |
| ) Civil Action No. 1:05-CV-02336 (PLF) | |
| ) | |
| **GEORGE W. BUSH, et al.** ) | |
| ) | |
| **Respondents.** ) | |

### NOTICE OF ENTRY OF APPEARANCE

Agnieszka M. Fryszman hereby gives notice of her Appearance in this Court on behalf of Petitioner, Mohammed Al Amin and Next Friend, Shaker Aamer.

Dated:   February 22, 2006

_____/s/_____
Agnieszka M. Fryszman (DC459208)
**COHEN MILSTEIN HAUSFELD
   & TOLL, P.L.L.C.**
1100 New York Ave, Suite 500 West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699