UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN, et al.** | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:05-CV-02336 (PLF) |
| | ) |
| **GEORGE W. BUSH, et al.** | ) |
| | ) |
| Respondents. | ) |

NOTICE OF ENTRY OF APPEARANCE

John Holland and Anna Cayton-Holland hereby give notice of their Appearances in this Court on behalf of Petitioner, Mohammed Al Amin and Next Friend, Shaker Aamer.

Dated: February 22, 2006

_____/s/_____
John Holland (CO 5246)
 **LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:    (303) 860-1331
Facsimile:    (303) 832-6506

_____/s/_____
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:    (303) 860-1331
Facsimile:    (303) 832-6506