IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL AMIN, *et al.*, <br>     *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>     *Respondents/Defendants*. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-02336 (PLF) |

## DECLARATION OF MATTHEW K. HANDLEY

1. My name is Matthew K. Handley and I am an attorney at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). My law firm is counsel of record for Mohammed Al Amin. I make this declaration on personal knowledge alone.

2. In the course of representing Mr. Al Amin, I have reviewed every letter and communication made to him by his legal team at Cohen Milstein and have been present during all visits of Cohen Milstein attorneys to Mr. Al Amin at Guantanamo Bay.

3. I have read the declarations of Harry B. Harris Jr. (undated) and of Carol Kisthardt dated July 7, 2006, both of which were filed on July 7, 2006.

4. At no time has an attorney (or employee) for Cohen Milstein ever communicated to Mr. Al Amin any advice, legal or otherwise, concerning the taking of his life or tying of knots. While we did discuss his prolonged hunger strike, Mr. Al Amin did not seek, nor did any Cohen Milstein attorney provide him with, any legal advice about the legality of his actions.

5. At no time has Mr. Al Amin sought advice, legal or otherwise, concerning taking his own life or tying of knots.

6. All blank papers given to Mr. Al Amin that were endorsed under a caption "Privileged and Confidential," "Attorney Client Privileged," "Attorney-Detainee Materials" or their equivalent was given to him in accordance with the procedures set out in the Protective Order entered in his case. The blank-endorsed pages were left for Mr. Al Amin for the sole purpose of communicating with counsel from Guantanamo Bay.

7. Cohen Milstein has sent Mr. Al Amin no less than five letters in the past year that contain attorney-client privileged materials, including, materials he was to use to prepare for his hearing before the Administrative Review Board and updates regarding his case.

8. No Cohen Milstein attorney has delivered to or taken from Mr. Al Amin messages or communications from any other prisoner at Guantanamo Bay.

I declare under the penalties of perjury the foregoing is true and correct.

Dated: July 21, 2006                              _____/s/_____
                                                              Matthew K. Handley, Esq.