**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**MOHAMMED AL AMIN,** *et al.***,**                 )
         *Petitioners/Plaintiffs***,**              )
                                                    )
**v.**                                              )    Civil Action No. 05-02336 (PLF)
                                                    )
                                                    )
**GEORGE W. BUSH,** *et al.***,**                   )
         *Respondents/Defendants***.**              )
_____)

### [PROPOSED] ORDER

Having considered the government's motion to examine privileged communications (Dkt. No. 17) and Mohammed Al Amin's ("Al Amin") opposition thereto (Dkt. No. 19), and the briefing and arguments thereon, it is hereby—

ORDERED, that the government's motion is DENIED and Al Amin's motion is GRANTED; and it is further

ORDERED, that the government shall describe in detail all communications between any agency of the Department of Defense and any agency of the Department of Justice regarding the seizure and review of Mr. Al Amin's legal papers; and it is further

ORDERED, that the government shall deliver all of Mr. Al Amin's legal papers to counsel no later than July 25, 2006; destroy, and certify that it has destroyed, all copies, summaries, descriptions, or analyses of such papers; and neither seize nor review any other legal papers of Mr. Al Amin; and it is further

ORDERED, that the government provide information, under oath by a person with actual knowledge, giving the particulars of what has been done with the privileged materials (including

-1-

who has read them, what analysis has been made, etc.) so that counsel and the Court can assess

the need for further review.

_____
United States District Judge