UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN,** *et al.* | ) |
| | ) |
| **Petitioners,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.  1:05-CV-02336 (PLF) |
| | ) |
| **GEORGE W. BUSH,** *et al.* | ) |
| | ) |
| **Respondents.** | ) |

## NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleadings in the above-captioned case:

Motion and Memorandum of Points and Authorities In Support Of Petitioner's Motion For Factual Returns and the Motion and Memorandum In Support Of Motion For Entry Of Protective Orders.

DATE:  August 21, 2006

                              /s/
Michael D. Hausfeld (DC153742)
Agnieszka M. Fryzman (DC459208)
Avi S. Garbow (DC445399)
Matthew K. Handley (DC489946)
Reena Gambhir
Jason M. Leviton (DC495460)
Matthew B. Kaplan (DC484760)
**COHEN MILSTEIN HAUSFELD & TOLL**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:    (303) 860-1331
Facsimile:     (303) 832-6506