**ATTACHMENT TO NOTICE OF FILING**

Petitioners' Motion and Memorandum of Points and Authorities In Support Of Petitioner's Motion For Factual Returns and Petitioners' Motion and Memorandum In Support Of Motion For Entry Of Protective Orders in the case of *Amin v. Bush*, C.A. No. 05-2336-PLF was filed with the Court Security Officer today this 21st day of August at 12:30 pm..

Case 1:05-cv-02336-UNA    Document 20-2    Filed 08/21/2006    Page 1 of 1