PREVIOUSLY FILED WITH THE CSO AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.* <br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.* <br> *Respondents/Defendants*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-02336 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR FACTUAL RETURNS

Petitioner Mohammed Al Amin ("Petitioner"), by counsel, hereby respectfully requests that the Court enter an Order requiring Respondents to issue to counsel for Petitioner and to the Court Petitioner's unredacted factual returns within 7 days of entry of the Order, Petitioner's redacted factual returns within 14 days of entry of the Order, and supplementation of these returns should the information contained within them change.

As set forth more fully in the supporting memorandum to this motion, which is simultaneously filed herewith and incorporated herein, requiring Respondents to now file factual returns will not impose any burden on Respondents, but will provide much needed factual information to assist counsel in preparing for their next trip to see their client at Guantanamo.

For these reasons, as more fully explained in the accompanying memorandum, Petitioner's Motion for Factual Returns should be granted.

DATE: August 18, 2006

*/s/ Agnieszka Fryzman*
Michael D. Hausfeld (DC153742)
Agnieszka M. Fryzman (DC459208)
Avi S. Garbow (DC445399)
Matthew K. Handley (DC489946)
Jason M. Leviton (DC495460)
Matthew B. Kaplan (DC484760)
**COHEN MILSTEIN HAUSFELD & TOLL**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:    (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:   (303) 860-1331
Facsimile:    (303) 832-6506