IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL AMIN, *et al.*,
    *Petitioners/Plaintiffs*,

v.

GEORGE W. BUSH, *et al.*,
    *Respondents/Defendants*.

Civil Action No. 05-02336 (PLF)

### DECLARATION OF MATTHEW K. HANDLEY

1. My name is Matthew K. Handley and I am an attorney at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). My law firm is counsel of record for Mohammed Al Amin. I submit this declaration in support of Petitioner's Motion for Factual Returns.

2. The attached are true and correct copies of the following exhibits:

Exhibit A    Amnesty International Bulletin, *Who are the Guantanamo Detainees? Case Sheet 17*, Mauritanian National: Mohammed Al-Amin (July 2006)

Exhibit B    Hearing Transcript, *el-Mashad v. Bush*, No. 05-270 (D.D.C. Apr. 6, 2005)

The foregoing is true to the best of my knowledge and belief.

Dated: August 18, 2006

_____
Matthew K. Handley, Esq.