IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.*<br>*Respondents/Defendants.* | Civil Action No. 05-02336 (PLF) |

### [PROPOSED] ORDER

Upon consideration of Petitioner's Motion for Factual Returns, it is hereby

**ORDERED** that Respondents shall file unredacted factual returns for Petitioner within seven (7) days of entry of this Order. It is **FURTHER ORDERED** that Respondents shall file redacted factual returns for Petitioner within fourteen (14) days of entry of this Order. It is **FURTHER ORDERED** that Respondents shall supplement their production of Petitioner's factual returns should the information in such returns change.

**SO ORDERED.**

_____, 2006

_____
Honorable Judge Paul L. Friedman
United States District Judge