IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL AMIN, *et al.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents/Defendants*. | Civil Action No. 1:05-CV-02336 (PLF) |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioner Mohammed Al Amin, together with his Next Friend, by and through undersigned counsel, shall move for an order for the entry of the standard Guantánamo Protective Orders as set forth in the accompanying Memorandum in Support of Petitioner's Motion. Prompt entry of the Protective Orders is needed to assure that counsel for Mohammed Al Amin have continued access to, and are permitted to continue communicating with, their client, Mr. Al Amin.

DATE: August [ ], 2006

*Agnieszka Fryszman*
Michael D. Hausfeld (DC153742)
Agnieszka M. Fryszman (DC459208)
Avi S. Garbow (DC445399)
Matthew K. Handley (DC489946)
Jason M. Leviton (DC495460)
Matthew B. Kaplan (DC484760)
**COHEN MILSTEIN HAUSFELD & TOLL**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699


John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:   (303) 860-1331
Facsimile:   (303) 832-6506

2