IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MOHAMMED AL AMIN, *et al.*, <br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents/Defendants.* | Civil Action No. 1:05-CV-02336 (PLF) |

[Proposed] ORDER

This matter is before the Court on petitioner's Motion for Entry of Protective Orders.

Upon consideration of the arguments of the parties and the full record in this case, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004, in the *In re Guantánamo Bay Detainee Cases*, Civil No. 02-0299, *et al.*, by Judge Joyce Hens Green shall apply in this case.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: _____, 2006