IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-AMIN, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>        Respondents. | Civil Action No. 05-02336 (PLF) |

## NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case: Petitioner's Reply Memorandum in Support of His Motions for (1) Entry of the Protective Order and (2) Factual Returns and the Declaration of Agnieszka M. Fryszman in support thereof.

Dated:  September 15, 2006

Respectfully submitted,

/s/
_____
Michael D. Hausfeld (DC 153742)
Agnieszka M. Fryzman (DC 459208)
Avi S. Garbow (DC 445399)
Matthew K. Handley (DC 489946)
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:   (303) 860-1331
Facsimile:   (303) 832-6506

252397v2