IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-AMIN, *et al.*,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　Respondents. | Civil Action No. 05-02336 (PLF) |

### NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleading in the above-captioned case: Response to Notice of Multiple Petitions Filed by Guantánamo Bay Detainee and the Declaration of Agnieszka M. Fryszman.

Dated: September 15, 2006　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Michael D. Hausfeld (DC 153742)
　　　　　　　　　　　　　　　　　　　Agnieszka M. Fryzman (DC 459208)
　　　　　　　　　　　　　　　　　　　Avi S. Garbow (DC 445399)
　　　　　　　　　　　　　　　　　　　Matthew K. Handley (DC 489946)
　　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN HAUSFELD & TOLL**
　　　　　　　　　　　　　　　　　　　1100 New York Ave, N.W., Suite 500
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Telephone:　(202) 408-4600
　　　　　　　　　　　　　　　　　　　Facsimile:　(202) 408-4699

　　　　　　　　　　　　　　　　　　　John Holland (CO 5246)
　　　　　　　　　　　　　　　　　　　Anna Cayton-Holland (CO 35811)
　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF JOHN HOLLAND**
　　　　　　　　　　　　　　　　　　　2150 W. 29th Ave, Suite 500
　　　　　　　　　　　　　　　　　　　Denver, CO 80211
　　　　　　　　　　　　　　　　　　　Telephone:　(303) 860-1331
　　　　　　　　　　　　　　　　　　　Facsimile:　(303) 832-6506