PREVIOUSLY FILED WITH THE CSO AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AL AMIN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-2336 (PLF) |

### RESPONSE TO NOTICE OF MULTIPLE PETITIONS FILED BY GUANTÁNAMO BAY DETAINEE

On December 20, 2005, Respondents in *Al Amin v. Bush* filed a notice claiming that Mohammad Sidii (a petitioner in Civil Action No. 05- 0429 (RJL)) and Mohammed Al Amin (a petitioner in Civil Action No. 05- 2336 (PLF)) are the same person. Mr. Al Amin, by and through his counsel, responds as follows;

1. Respondents' December 20, 2005 Notice follows a similar notice of December 13, 2005, in which Respondents claimed that Mr. Al Amin was the same person as Ahamed Abdul Aziz (a petitioner in Civil Action No. 05-CV-0492 (JR)). Mr. Al Amin, by and through his counsel responded to the December 13, 2005 Notice on December 16, 2005, noting, *inter alia*, that it was not possible that Mr. Al Amin and Mr. Aziz were the same person because Mr. Aziz was the person who first asked counsel to represent Mr. Al Amin. *See Amin v Bush*, No. 05- 2336, (D.D.C. Dec. 16, 2005) Dkt. No. 6.

2. Respondents subsequently abandoned this assertion and filed a supplemental notice, asserting that Mr. Al Amin was the same person as Mohammed Sidii. *See Amin*,

05-2336 (Dec. 20, 2005) Dkt. No. 7 ("The prior identification of Petitioner Mohammed Al Amin as Detainee ISN 757 [Aziz] should be disregarded.").

3. In neither their December 13, 2005 nor their December 20, 2006 Notices do Respondents offer any factual support for their assertions. *See* 05-2336, Dkt. Nos. 4 & 7.

4. Undersigned counsel visited Guantánamo Bay the week of March 1, 2006. While in Guantánamo Bay, they visited with the man Respondents now identify as Detainee ISN 706. *See* Declaration of Agnieszka M. Fryszman in Support of Petitioner's Response.

5. The man counsel visited stated that his name is Mohammed Al Amin, as counsel for Petitioner had recorded in Mr. Al Amin's petition for writ of *habeas corpus* and in every filing in Mr. Al Amin's case since then. *See id.*

6. During counsel's visit with Mr. Al Amin, he directly authorized the undersigned counsel to represent him in this Petition, pending in Civil Action No. 05- 2336 (PLF). *See id.* Ex.A.

7. Mr. Al Amin was unaware that there was a petition for writ of *habeas corpus* pending on behalf a Petitioner identified as Mohammed Sidii. Mr. Al Amin had no knowledge of a previous petition filed on his behalf under his or any other name. *See id.*

8. Mr. Al Amin has not authorized any other action to be filed on his behalf other than the one pending in Civil Action No. 05- 2336 (PLF). *See id.*

9. In the four years he has been detained at Guantánamo, Mr. Al Amin has never been visited or contacted by any other attorneys. *See id.*

10. Thus, Respondents' contention that Mr. Al Amin is pursuing duplicate petitions is without merit. The petition filed in Civil Action No. 05-2336 (PLF) was properly filed on behalf of Mr. Al Amin and is properly before the Court.

Dated: September 15, 2006

Respectfully submitted,

Counsel for Petitioner

*/s/ Agnieszka Fryszman*

Michael D. Hausfeld (DC153742)
Agnieszka M. Fryszman (DC459208)
Avi S. Garbow (DC445399)
Matthew K. Handley (DC489946)
**COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.**
1100 New York Ave, NW, Suite 500W
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**LAW OFFICES OF JOHN HOLLAND**
2150 W. 29th Ave, Suite 500
Denver, CO 80211
Telephone:  (303) 860-1331
Facsimile:   (303) 832-6506

239078v3