PREVIOUSLY FILED WITH THE CSO AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL AMIN, et al.,

    Petitioners,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-2336 (PLF)

### DECLARATION OF AGNIESZKA M. FRYSZMAN

I, Agnieszka Fryszman, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. I am a Partner with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") located at 1100 New York Avenue, NW, Washington, D.C. 20005 and am licensed to practice law in the District of Columbia. I make the following representations based on my personal knowledge.

2. Cohen Milstein represents four men being detained at the U.S. Naval Base in Guantánamo Bay, Cuba. Cohen Milstein has filed *habeas corpus* petitions in the U.S. District Court in the District of Columbia for each of them. The cases in which petitions are pending are *Aziz v. Bush*, Civ. Action No. 05-0492 (JR), *Al Amin v. Bush*, Civ. Action No. 05- 2336 (PLF), and *Rabbani v. Bush*, Civ. Action No. 05-1607 (RMU).

3. From February 28 to March 2, 2006, I visited Guantánamo Bay with fellow attorneys Matthew Handley, John Holland and Anna Cayton-Holland. We spoke with our clients with the aid of an Arabic interpreter. All information in this declaration has been previously deemed unclassified by the Privilege Review Team.

5. On March 1 and 2, 2006, I met with our client Mohammed Al Amin. I was assisted by our interpreter.

6. Mr. Al Amin had no knowledge of a previous petition filed on his behalf under his or any other name.

7. It is my understanding that in the four years he has been detained at Guantanamo, Mr. Al Amin has never been visited or contacted by an attorney, other than the visit by our team on March 1 and 2, 2006.

8. Mr. Al Amin requested that Cohen Milstein and the Law Offices of John Holland continue to represent him in this action and signed an Authorization of Direct Representation form, attached hereto as Exhibit A.

9. It is my understanding that Mr. Al Amin has not previously authorized anyone to represent him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed:   Washington, D.C.
            September 15, 2006

_____
Agnieszka M. Fryszman (DC 459208)
**COHEN MILSTEIN HAUSFELD**
**& TOLL, P.L.L.C.**
1100 New York Ave, Suite 500 West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

2

**EXHIBIT A**

Attorney-Detainee Materials

<div dir="rtl">

## إقرار بتمثيل قانوني

بناء على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنقحة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي الدفاع الموقع أدناه والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فورا بذلك التغيير في الظروف.

</div>

*[Signatures]*
Cohen Milstein Hausfeld + Toll LLC
Law Offices of John Holland

<div dir="rtl">توقيع محامي الدفاع</div>     <div dir="rtl">توقيع المعتقل</div>

John Holland / Matthew Hawley     Mohammed AL amin

<div dir="rtl">إسم المحامي باللغة الإنجليزية     إسم المعتقل باللغة الإنجليزية</div>

*[Arabic signature: محمد الأمين]*

<div dir="rtl">إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)</div>

<div dir="rtl">التاريخ: ٤ مارس ٢٠٠٦</div>

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____        _____
Signature of Detainee                         Signature of Counsel


_____        _____
Print Name of Detainee in English             Print Name of Counsel in English


_____
Print Name of Detainee in Native Language (if other than English)


Date:_____