UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
MOHAMMED AL AMIN,                     )
                                      )
        Petitioner,                   )
                                      )
    v.                                )   Civil Action No. 05-2336 (PLF)
                                      )
GEORGE W. BUSH, et al.,               )
                                      )
        Respondents.                  )
_____)

ORDER

        This matter is before the Court on petitioner's motion [21] for factual returns and on petitioner's motion [22] for entry of the three Protective Orders first issued by Judge Joyce Hens Green in other *habeas* cases brought by detainees at Guantánamo Bay. Respondents oppose entry of the Protective Orders, arguing (as they have in other cases brought by Guantánamo detainees) that the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680, deprives this Court of jurisdiction to consider petitioner's *habeas* case. Respondents also oppose entry of an order requiring the production of a factual return.

        Central to the Protective Orders are their provisions for access to counsel. Detainees' right to meet with counsel under the Protective Order is independent of the (still-unresolved) question of the Court's jurisdiction to rule on their *habeas* petitions. See generally Adem v. Bush, Civil No. 05-0273, Memorandum Opinion (D.D.C. Mar. 14, 2006). Moreover, affording detainees access to counsel under the Protective Orders will help to resolve any ambiguity as to multiple petitions. Accordingly, it is hereby

ORDERED that [22] petitioner's motion for entry of protective orders is GRANTED; it is

FURTHER ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004, in the In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; it is

FURTHER ORDERED that petitioner's motion [21] for factual returns is GRANTED; and it is

FURTHER ORDERED that respondents shall file a factual return regarding petitioner Mohammad Al Amin (ISN #706) within thirty (30) days of the entry of this Order or within ninety (90) days of the conclusion of any Combatant Status Review Tribunal proceeding, whichever is later.

SO ORDERED.

_/s/_____
JAMES ROBERTSON
United States District Judge

DATE: September 18, 2006          (for Paul L. Friedman)