IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD LAMEEN SIDI MOHAMMAD,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)　　　　Civil Action No. 05-0429 (RJL)
　　　　　　　　　　　　　　　　　　　　)
GEORGE W. BUSH, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondents.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## DECLARATION OF TERESA A. McPALMER

　　　Pursuant to 28 U.S.C. § 1746, I, Commander Teresa A. McPalmer, Judge Advocate General's Corps, United States Navy, hereby state that to the best of my knowledge, information, and belief, the following is true, accurate and correct:

　　　1.　　　I am the Legal Advisor to the Office for the Administrative Review of the Detention of Enemy Combatants at U.S. Naval Base Guantanamo Bay, Cuba (OARDEC). In that capacity I am an advisor to the Director, Combatant Status Review Tribunals.

　　　2.　　　I hereby certify that the documents attached hereto constitute a true and accurate copy of the portions of the record of proceedings before the Combatant Status Review Tribunal related to petitioner Mohammad Lameen Sidi Mohammad that are suitable for public release. The portions of the record that are classified or considered law enforcement sensitive are not attached hereto or were redacted by an OARDEC staff member. This staff member also redacted information that would personally identify certain U.S. Government personnel in order to protect the personal privacy and security of those individuals.

　　　I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8 September 2006

　　　　　　　　　　　　　　　　　Teresa A. McPalmer
　　　　　　　　　　　　　　　　　CDR, JAGC, U. S. Navy



# Department of Defense
## Director, Combatant Status Review Tribunals

OARDEC/Ser: **741**

**2 8 JAN** 2005

FOR OFFICIAL USE ONLY

From: Director, Combatant Status Review Tribunal

Subj: **REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN # 706**

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Order of 29 July 2004

1. I concur in the decision of the Combatant Status Review Tribunal that Detainee ISN #706 meets the criteria for designation as an Enemy Combatant, in accordance with references (a) and (b).

2. This case is now considered final and the detainee will be scheduled for an Administrative Review Board.

J. M. McGARRAH
RADM, CEC, USN

Distribution:
NSC (Mr. John Bellinger)
DoS (Ambassador Prosper)
DASD-DA
JCS (J5)
SOUTHCOM (CoS)
COMJTFGTMO
OARDEC (Fwd)
CITF Ft Belvoir

FOR OFFICIAL USE ONLY

UNCLASSIFIED

18 Jan 05

MEMORANDUM

From:  Assistant Legal Advisor
To:    Director, Combatant Status Review Tribunal
Via:   Legal Advisor

Subj:  LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL
       FOR DETAINEE ISN # 706

Ref:   (a) Deputy Secretary of Defense Order of 7 July 2004
       (b) Secretary of the Navy Implementation Directive of 29 July 2004

Encl:  (1) Appointing Order for Tribunal #13 of 3 December 2004
       (2) Record of Tribunal Proceedings

1.  Legal sufficiency review has been completed on the subject Combatant Status Review
Tribunal in accordance with references (a) and (b).  After reviewing the record of the Tribunal, I
find that:

       a.  The detainee was properly notified of the Tribunal process and voluntarily elected not
       to participate.  *See* exhibit D-a.  The detainee affirmatively declined to attend, but he did
       prepare a written statement for his Personal Representative to present to the Tribunal.
       *See* enclosure (3).

       b.  The Tribunal was properly convened and constituted by enclosure (1).

       c.  The Tribunal substantially complied with all provisions of references (a) and (b).  Note
       that some information in exhibit R-5 was redacted.  The FBI properly certified in exhibit
       R-2 that the redacted information would not support a determination that the detainee is
       not an enemy combatant.

       d.  The detainee did not request that any witnesses or evidence be produced.

       e.  The Tribunal's decision that detainee #706 is properly classified as an enemy
       combatant was unanimous.

2.  The proceedings and decision of the Tribunal are legally sufficient and no corrective action is
required.

UNCLASSIFIED

UNCLASSIFIED

Subj:   LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL
        FOR DETAINEE ISN # 706

3.  I recommend that the decision of the Tribunal be approved and the case be considered final.

*Peter C. Bradford*

PETER C. BRADFORD
LT, JAGC, USNR

UNCLASSIFIED



**Department of Defense**
Director, Combatant Status Review Tribunals

4 Oct 04

From: Director, Combatant Status Review Tribunals

Subj: APPOINTMENT OF COMBATANT STATUS REVIEW TRIBUNAL #13

Ref: (a) Convening Authority Appointment Letter of 9 July 2004

By the authority given to me in reference (a), a Combatant Status Review Tribunal established by "Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba" dated 29 July 2004 is hereby convened. It shall hear such cases as shall be brought before it without further action of referral or otherwise.

The following commissioned officers shall serve as members of the Tribunal:

<u>MEMBERS</u>:

█████████████, Colonel, U.S. Army; President

█████████████, Commander, JAGC, U.S. Naval Reserve;
Member (JAG)

█████████████, Commander, U.S. Navy; Member

J. M. McGARRAH
Rear Admiral
Civil Engineer Corps
United States Navy



# HEADQUARTERS, OARDEC FORWARD
GUANTANAMO BAY, CUBA
APO AE 09360

03 December 2004

MEMORANDUM FOR DIRECTOR, CSRT

FROM: OARDEC FORWARD Commander

SUBJECT: CSRT Record of Proceedings ICO ISN# 706

1. Pursuant to Enclosure (1), paragraph (I)(5) of the *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba* dated 29 July 2004, I am forwarding the Combatant Status Review Tribunal Decision Report for the above mentioned ISN for review and action.

2. If there are any questions regarding this package, point of contact on this matter is the undersigned at DSN ███████.

CHARLES E. JAMISON
CAPT, USN

SECRET//NOFORN//X1

### (U) Combatant Status Review Tribunal Decision Report Cover Sheet

(U) This Document is UNCLASSIFIED Upon Removal of Enclosures (2) and (4).

(U) TRIBUNAL PANEL: ___#13___

(U) ISN#: ___706___

Ref:  (a) (U) Convening Order for Tribunal #13 of 04 October 2004 (U)
      (b) (U) CSRT Implementation Directive of 29 July 2004 (U)
      (c) (U) DEPSECDEF Memo of 7 July 2004 (U)

Encl:  (1) (U) Unclassified Summary of Basis For Tribunal Decision (U/FOUO)
      (2) (U) Classified Summary of Basis for Tribunal Decision (S/NF)
      (3) (U) Summary of Detainee/Witness Testimony (U/FOUO)
      (4) (U) Copies of Documentary Evidence Presented (S/NF)
      (5) (U) Personal Representative's Record Review (U/FOUO)

1. (U) This Tribunal was convened by references (a) and (b) to make a determination as to whether the detainee meets the criteria to be designated as an enemy combatant as defined in reference (c).

2. (U) On 16 October 2004 the Tribunal determined, by a preponderance of the evidence, that Detainee #706 is properly designated as an enemy combatant as defined in reference (c).

3. (U) In particular, the Tribunal finds that this detainee is a member of, or affiliated with, al Qaida, as more fully discussed in the enclosures.

4. (U) Enclosure (1) provides an unclassified account of the basis for the Tribunal's decision. A detailed account of the evidence considered by the Tribunal and its findings of fact are contained in enclosures (1) and (2).



Colonel, U.S. Army
Tribunal President

UNCLASSIFIED//~~FOUO~~

# UNCLASSIFIED SUMMARY OF BASIS FOR TRIBUNAL DECISION

### (Enclosure (1) to Combatant Status Review Tribunal Decision Report)

TRIBUNAL PANEL: _____#13___
ISN #: _____706___

## 1. Introduction

As the Combatant Status Review Tribunal (CSRT) Decision Report indicates, the Tribunal has determined that this detainee is properly classified as an enemy combatant and is a member of, or affiliated with, al Qaida. In reaching its conclusions, the Tribunal considered both classified and unclassified information. The following is an account of the unclassified evidence considered by the Tribunal and other pertinent information. Classified evidence considered by the Tribunal is discussed in Enclosure (2) to the CSRT Decision Report.

## 2. Synopsis of Proceedings

The unclassified evidence presented to the Tribunal by the Recorder indicated that the Detainee traveled to Pakistan in support of a jihad against the United States and its coalition partners. He attempted to obtain forged documents in an effort to enter Afghanistan and was captured in Pakistan as he attempted to cross the border. While living in a safehouse, the Detainee associated with an organization with known ties to al Qaida. The organization is designated as a foreign terrorist organization. While at the safehouse, the Detainee received training on an AK-47 Kalashnikov rifle. The Detainee chose not to participate in the Tribunal but did ask the Personal Representative to make a brief statement for him. He called no witnesses and requested no unclassified or classified documents be produced. The personal representative verified that the linguist was of the correct dialect to translate the CSRT information to the Detainee.

## 3. Evidence Considered by the Tribunal

The Tribunal considered the following evidence in reaching its conclusions:

    a. Exhibits: D-a and R-1 through R-20.

    b. Testimony of the following persons: None

    c. Statement of the detainee made through his Personal Representative.

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

**4. Rulings by the Tribunal on Detainee Requests for Evidence or Witnesses**

The Detainee requested no witnesses and requested no additional evidence be produced; therefore, no rulings on these matters were required.

**5. Discussion of Unclassified Evidence**

The Tribunal considered the following unclassified evidence in making its determinations:

    a. The Recorder offered Exhibits R-1 and R-2 into evidence during the unclassified portion of the proceeding. Exhibit R-1 is the Unclassified Summary of Evidence. While this summary is helpful in that it provides a broad outline of what the Tribunal can expect to see, it is not persuasive in that it provides conclusory statements without supporting unclassified evidence. Exhibit R-2 provided no usable evidence. Accordingly, the Tribunal had to look to classified exhibits for support of the Unclassified Summary of Evidence.

    b. Exhibit R-3, Appendix B: Selected Foreign Terrorist Organizations was a helpful listing of organizations that as of 1 January 2003, have been designated by the U.S. Secretary of State as Foreign Terrorist Organizations (FTOs). Of note, the organization that will be later identified in the classified section was listed with its country of origin as Pakistan.

The Tribunal also relied on certain classified evidence in reaching its decision. A discussion of the classified evidence is found in Enclosure (2) to the Combatant Status Review Tribunal Decision Report.

**6. Consultations with the CSRT Legal Advisor**

No issues arose during the course of this hearing that required consultation with the CSRT legal advisor.

**7. Conclusions of the Tribunal**

Upon careful review of all the evidence presented in this matter, the Tribunal makes the following determinations:

    a. The detainee was mentally and physically capable of participating in the proceeding. No medical or mental health evaluation was deemed necessary.

    b. According to the Personal Representative, the Detainee understood the Tribunal process however, he chose not to participate in the Tribunal, as indicated in Exhibit D-a.

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

c. The detainee is properly classified as an enemy combatant and is a member of, or affiliated with, al Qaida.

## 8. Dissenting Tribunal Member's report

None. The Tribunal reached a unanimous decision.

Respectfully submitted,

Colonel, U.S. Army
Tribunal President

UNCLASSIFIED//~~FOUO~~

## Detainee Election Form

Date/Time: __11 Oct 04_____
Start/End Time: 1250 - 1305

ISN#: 706

Personal Representative: LtCol ██████████
[Name/Rank]

Translator Required? Yes                Language? Arabic

CSRT Procedures Read to Detainee or Written Copy Read by Detainee? YES

------------------------------------------------------------

Detainee Election:

    Wants to Participate in Tribunal

 X  Affirmatively Declines to Participate in Tribunal

    Uncooperative or Unresponsive

Personal Representative Comments: _Detainee does not wish to participate

No witnesses requested

I will present five points at detainee's request



Personal Representative

EXHIBIT D-A

UNCLASSIFIED//~~FOUO~~

**Summarized Unsworn Detainee Statement**

The Personal Representative provided the following statement on behalf of the Detainee:

The Detainee asked the following points be made clear to the Tribunal members:

1. I have no case to be tried in court.

2. I am not satisfied with this Tribunal process.

3. I do not need anyone representing me.

4. I am a normal, sane person, but chose not to be represented in this Tribunal.

5. The Personal Representative is not representing me, he is merely relaying a message.


## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, United States Army
Tribunal President

ISN# 706
Enclosure (3)
Page 1 of 1

UNCLASSIFIED

**Combatant Status Review Board**

TO: Personal Representative

FROM: OIC, CSRT (28 September 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – MOHAMMAD, Mohammad Lameen Sidi.

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba,* a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is associated with al Qaida.

The detainee is associated with al Qaida:

    1. Detainee traveled to Pakistan in support of a jihad against the United States and its coalition partners.

    2. Detainee attempted to obtain forged documents in an effort to enter Afghanistan.

    3. Detainee was captured in Pakistan as he attempted to cross the border into Afghanistan.

    4. Detainee associated with an organization with known ties to the al Qaida organization, while living in a safe house.

    5. This organization with known ties to al Qaida is designated as a foreign terrorist organization.

    6. Detainee received training on an AK-47 Kalishnikov rifle while at a safehouse with ties to al Qaida.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

*1 of 1*

Exhibit *R-1*

Memorandum          UNCLASSIFIED



To     :  Department of Defense          Date  10/14/2004
          Office of Administrative Review
          for Detained Enemy Combatants
          Col. David Taylor, OIC, CSRT

From   :  FBI GTMO
          Counterterrorism Division ████████
          Asst. Gen. Counsel ████████

Subject:  REQUEST FOR REDACTION OF
          NATIONAL SECURITY INFORMATION
          ████████████

        Pursuant to the Secretary of the Navy Order of 29
July 2004, Implementation of Combatant Review Tribunal
Procedures for Enemy Combatants Detained at Guantanamo Bay
Naval Base, Cuba, Section D, paragraph 2, the FBI requests
redaction of the information herein marked[1].  The FBI makes
this request on the basis that said information relates to the
national security of the United States[2].  Inappropriate
dissemination of said information could damage the national
security of the United States and compromise ongoing FBI
investigations.

   CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
   DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

        The FBI certifies the aforementioned redaction
contains no information that would support a determination
that the detainee is not an enemy combatant.

        The following documents relative to ISN 706 have
been redacted by the FBI and provided to the OARDEC:

FD-302 dated 06/24/2003

---

   [1]Redactions are blackened out on the OARDEC provided FBI
document.

   [2]See Executive Order 12958

UNCLASSIFIED        1 OF 2        R-2

UNCLASSIFIED

Memorandum from ▮▮▮▮▮▮▮ to Col. David Taylor
Re:  REQUEST FOR REDACTION, 10/14/2004


        If you need additional assistance, please contact
Asst. Gen. Counsel ▮▮▮▮▮▮▮▮▮▮▮▮▮,
                              or Intelligence Analyst
▮▮▮▮▮ Intelligence Analyst ▮▮▮▮▮▮▮▮▮▮,

-2-

UNCLASSIFIED

2 OF 2

*UNCLASSIFIED*

# Appendix B: Selected Foreign Terrorist Organizations

## U.S. Government Terrorism Definitions

**Terrorism**: Premeditated, politically-motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents, usually intended to influence an audience.

**International Terrorism**: Terrorism involving the territory or citizens of more than one country.

**Terrorist Group**: Any group that practices, or has significant subgroups that practice, international terrorism.

## Designation as a Foreign Terrorist Organization

As of 1 January 2003, those groups listed below which are marked with an asterisk were designated by the U.S. Secretary of State as Foreign Terrorist Organizations (FTOs), pursuant to Section 219 of the Immigration and Nationality Act, as amended by the Antiterrorism and Effective Death Penalty Act of 1996. This designation carries several legal consequences:

- It is unlawful to provide funds or other materiel support to a designated FTO.
- Representatives and certain members of a designated FTO can be denied visas or be excluded from the United States.
- U.S. financial institutions must block funds of designated FTOs and their agents, and must report the blockage to the U.S. Department of the Treasury.

Those organizations not marked by an asterisk are not officially designated as FTOs by the United States as of November 2002 and are considered "Other Terrorist Groups."

## Selected Terrorist Organizations and Their Primary Areas of Operations

UNCLASSIFIED

1 OF 6

Exhibit R-3

UNCLASSIFIED

Note: This list of terriost organizations is not all-inclusive.

## Worldwide Organization

| Organization | Country | FTO |
|---|---|---|
| Al-Qa'ida (AlQ) | World | * |

## SOUTHCOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|
| Ejercito de Liberacion Nacional AKA National Liberation Army (ELN) | Colombia | * |
| Fuerzas Armadas Revolucionaria de Colombia AKA Revolutionary Armed Forces of Colombia (FARC) | Colombia | * |
| National Liberation Army/Nestor Paz Zamora Commission (ELN-CNPZ) | Bolivia | |
| Popular Combatant's Group (GCP) | Ecuador | |
| Sendero Luminoso (SL) AKA Shining Path | Peru | * |
| Tupac Amaru Revolutionary Movement (MRTA) | Peru | |
| United Self-Defense Forces/Group of Colombia | Colombia | * |

## EUCOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|
| Allied Democratic Forces | Uganda | |
| Al-Jama'a al-Islamiyyah al-Muqatilah bi-Libya | Libya | |
| Al-Takfir Wa al-Hijra | Algeria | |
| Anti-Imperialist Territorial Nuclei (NTA) | Italy | |
| Armed Islamic Group (GIA) | Algeria | * |
| Army for the Liberation of Rwanda (ALIR) | Rwanda | |
| Basque Fatherland and Liberty (ETA) | Spain and France | * |
| Continuity Irish Republican Army (C-IRA) | Ireland | |
| First of October Antifascist Resistance Group (GRAPO) | Spain | |

UNCLASSIFIED

UNCLASSIFIED

| Organization | Country | FTO |
|---|---|---|
| Ibn Khattab organization AKA Abu al-Walid and Shamil Basayev-linked Mujaheddin | Chechnya, Georgia, Russia | |
| Interahamwe (DROC) | Rwanda | |
| Irish National Liberation Army (INLA) | Ireland | |
| Irish Republican Army (IRA) | Ireland | |
| Left Wing Anti-Imperialist Groups | Italy | |
| Libyan External Security Organization | Libya | |
| Lord's Resistance Army (LRA) | Uganda | |
| Moustarchidine Wal Moustarchidates | Senegal | |
| National Front for the Liberation of Corsica | France | |
| Orange Volunteers | Northern Ireland | |
| People Against Gangsterism and Drugs (PAGAD) | South Africa | |
| Qibla | South Africa | |
| Real Irish Republican Army (R-IRA) | Ireland | * |
| Red Brigades | Italy | |
| Red Hand Defenders (RHD) | Northern Ireland | |
| Revolutionary Nuclei | Greece | * |
| Revolutionary Organization 17 November | Greece | * |
| Revolutionary People's Liberation Party / Front (DHKP/C) | Turkey | * |
| Revolutionary Popular Struggle (ELA) | Greece | |
| Revolutionary Proletarian Initiative Nuclei (NIPR) | Greece | |
| Revolutionary United Front (RUF) | Sierra Leone | |
| Salafist Group for the Call and Combat (GSPC) | Algeria | * |
| The Tunisian Combatant Group (TCG) | Tunisia | |
| Turkish Hizballah | Turkey | |
| Ulster Defense Association/Ulster Freedom Fighters (UDF/UFF) | Ireland | |
| Ulster Volunteer Force (UVF) | Ireland | |

## CENTCOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|

UNCLASSIFIED

| | | |
|---|---|---|
| Abu al-Walid and Shamil Islamic Movement of Uzbekistan (IMU) | Uzbekistan | |
| Abu Nidal Organization (ANO) | Lebanon | * |
| Aden-Abyan Islamic Army | Yemen | |
| Al-Gama'a al-Islamiyya (Islamic Group or IG) | Egypt | * |
| Afghan Support Committee | Afghanistan, Pakistan, Kuwait | |
| Al Aqsa Martyrs Brigade | Israel and Palestinian Territories | * |
| Al-Ittihad al-Islami (AIAI) | Somalia and Horn of Africa | |
| Ansar al-Islam (AI) | Iraq | |
| Arab Liberation Front (ALF) | Israel and Palestinian Territories | |
| Asbat al-Ansar | Lebanon | |
| David's Shield | Israel | |
| Former Regime Elements (FRE) | Iraq | |
| Gulf Hizballah Groups AKA Hijaz Hizballah, | Bahraini, Kuwaiti, and Saudi Arabia | |
| HAMAS AKA Islamic Resistance Movement | Israel and Palestinian Territories | * |
| Harakat ul-Mujahidin AKA Movement of Holy Warriors (HUM) | Pakistan | * |
| Hezb-e-Islami Gulbuddin (HIG) | Afghanistan, Pakistan | |
| Hizb al-Tahrir | Central Asia | |
| Hizballah AKA Party of God | Middle East base, world-wide activity | * |
| Islamic Army of Aden (IAA) | Yemen | |
| Islamic Jihad (EIJ, or al-Jihad) [merged with Al Qa'ida in June 2001] | Egypt | * |
| Islamic Movement of Uzbekistan (IMU) | Uzbekistan | * |
| Jaish-E-Mohammed — AKA Army of Mohammad (JeM) | Pakistan | * |
| Jama'at Ul Fuqra (JUF) | Pakistan | |
| Kach | Israel | * |

UNCLASSIFIED

UNCLASSIFIED

| | | |
|---|---|---|
| Kahane Chai | Israel | * |
| Kurdistan Freedom and Democracy Congress (KADEK) -- formerly Kurdistan Workers' Party (PKK) | Iraq | * |
| Lashkar-e-Tayiba AKA Army of the Righteous (LeT) | Pakistan | * |
| 15 May Organization | Palestinian Territories | |
| Mujahedin-E Khalq (MEK or MKO) | Iraq | * |
| Oromo Liberation Front | Ethiopia, Eritrea, Somalia | |
| Palestine Islamic Jihad (PIJ) | Palestinian Territories | * |
| Palestine Liberation Front | Palestinian Territories | * |
| Popular Front for the Liberation of Palestine (PFLP) | Palestinian Territories | * |
| Popular Front for the Liberation of Palestine— General Command (PFLP-GC) | Lebanon, Syria | * |
| Sa'iqa | Palestinian Territories | |
| Sepah-I Sihaba AKA Lashkar-I-Jhangvi | Pakistan | |
| Sipah-I Mohammed | Pakistan | |
| Tehrik-I Jaffaria | Pakistan | |

## PACOM-Based Organizations

| Organization | Country | FTO |
|---|---|---|
| * Abu Sayyaf Group (ASG) | Philippines | * |
| * Aleph or Alif, AKA Aum Shinrikyo AKA Aum Supreme Truth AKA Aum | Japan | * |
| Alex Boncayao Brigade | Philippines | |
| Cambodian Freedom Fighters (CFF) | Cambodia | |
| Chukaku-Ha | Japan | |
| Communist Party of Nepal / Maoists | Nepal | |
| Daihikai (Great Sorrow Society) | Japan | |
| East Turkistan Islamic Movement (ETIM) AKA East Turkistan Islamic Party (ETIP) | Western China | |
| Free Aceh Group | Indonesia | |

UNCLASSIFIED

5 of 6

UNCLASSIFIED

| | | |
|---|---|---|
| Harakat ul-Jihad-I-Islami (HUJI) | Indian-administered Kashmir | |
| Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) | Bangladesh | |
| Indonesian Mujahedin Council (MMI) | Indonesia | |
| Islamic Defenders Front -- AKA Front Pembela Islam (FPA) | Indonesia | |
| Issuikai (One Water Society) | Japan | |
| Japanese Red Army (JRA) | Japan | |
| * Jemaah Islamiyah (JI) | Southeast Asia | * |
| Kakurokyo-Ha | Japan | |
| Kumpulan Mujahidin Malaysia (KMM) | Malaysia | |
| Laskar Jihad | Indonesia | |
| Laskar Jundullah | Indonesia | |
| * Liberation Tigers of Tamil Eelam AKA Tamil Tigers (LTTE) | Sri Lanka | * |
| Moro Islamic Liberation Front (MILF) | Philippines | |
| Moro National Liberation Front (MNLF) | Philippines | |
| * New People's Army (NPA) | Philippines | * |
| Pattani United Liberation Organization (PULO) | Thailand | |
| Rohingya National Alliance | Myanmar | |
| Timorese Mujahidin Warriors (MTA) | East Timor | |
| Toitsu Sensen Giyugun (United Battle Front Volunteer Army) | Japan | |

Sources: The Directorate of Central Intelligence Interagency Intelligence Committee on Terrorism Community Counterterrorism Board (IICT CCB), 11 SEP 03, and Patterns of Global Terrorism, Department of State, APR 03.

**NGIC-2410-7079-04**

**Information Cutoff Date: 15 January 2004**



UNCLASSIFIED

UNCLASSIFIED//~~FOUO~~

## Personal Representative Review of the Record of Proceedings

23 NOVEMBER

I acknowledge that on ___ ~~October~~ 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #706.

X_ I have no comments.

___ My comments are attached.

████████████  LTC, USAF          23 Nov 04
Name                                    Date

████████████████████████
Signature

ISN #706
Enclosure (5)

UNCLASSIFIED//~~FOUO~~