UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN,** *et al.* | ) |
| | ) |
|     **Petitioners,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:05-CV-02336 (PLF) |
| | ) |
| **GEORGE W. BUSH,** *et al.* | ) |
| | ) |
|     **Respondents.** | ) |

## NOTICE OF FILING

Petitioners have filed with the Court Security Officer the following pleadings in the above-captioned case:

1. CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT

2. OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT

3. PROPOSED ORDER

| | |
|---|---|
| DATE:  May 3, 2007 | _____/s/_____ |
| | Avi S. Garbow (DC445399) |
| | Matthew K. Handley (DC489946) |
| | Jason M. Leviton (DC495460) |
| | Matthew B. Kaplan (DC484760) |
| | **COHEN MILSTEIN HAUSFELD & TOLL** |
| | 1100 New York Ave, NW, Suite 500W |
| | Washington, DC 20005 |
| | Telephone:   (202) 408-4600 |
| | Facsimile:   (202) 408-4699 |
| | |
| | John Holland (CO 5246) |
| | Anna Cayton-Holland (CO 35811) |
| | **LAW OFFICES OF JOHN HOLLAND** |
| | 2150 W. 29th Ave, Suite 500 |
| | Denver, CO 80211 |
| | Telephone:   (303) 860-1331 |
| | Facsimile:   (303) 832-6506 |

IMANAGE 285678.1 12540001