IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN**, *et al.*<br>　　　*Petitioners/Plaintiffs*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*<br>　　　*Respondents/Defendants*. | Civil Action No. 05-02336 (PLF) |

**CROSS-MOTION TO STAY AND ABEY ACTION PENDING EXHAUSTION OF REMEDIES UNDER THE DETAINEE TREATMENT ACT**

Petitioner hereby respectfully moves this Court, in the interests of justice, to enter the Proposed Order submitted concurrently herewith to: (1) stay the dismissal of this habeas action for want of jurisdiction pending Petitioner's exhaustion of his remedies in the Court of Appeals under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 ("DTA"), (2) hold this action in abeyance pending Petitioner's exhaustion of those remedies and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, Case No. 06-1169; and (3) granting such other and further relief as the Court deems just and proper.

Dated:  May 3, 2007                               Respectfully submitted,

Counsel for Petitioners:


       /s/ Avi S. Garbow
Michael D. Hausfeld (DC 153742)
Avi S. Garbow (DC 445399)
Matthew K. Handley (DC 489946)
Matthew B. Kaplan (DC 484760)
Jason M. Leviton (DC 495460)
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**Law Offices of John Holland**
2150 W. 29th Ave, Suite 500
Denver, CO 80211