IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL AMIN,** *et al.* )<br>*Petitioners/Plaintiffs*, )<br>)<br>**v.** )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.* )<br>*Respondents/Defendants*. )<br>) | Civil Action No. 05-02336 (PLF) |

## PROPOSED ORDER

Upon consideration of Petitioner's Opposition To Motion To Dismiss and Cross Motion To Stay And Abey Action Pending Exhaustion Of Remedies Under The Detainee Treatment Act, it is

ORDERED that (1) the Respondents' Motion to Dismiss the habeas action of Petitioner Mohammed Al Amin is denied, and (2) that this action be held in abeyance pending Petitioner's exhaustion of remedies in the Court of Appeals under the Detainee Treatment Act of 2005 and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush.*

IT IS SO ORDERED.

DATED:

                                                           United States District Judge
                                                           Paul L. Friedman