UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL AMIN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-2336 (PLF) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

ORDER

On October 5, 2007, respondents filed a Notice of Transfer indicating that petitioner Mohammed Al Amin had been released from the custody of the United States and transferred to the control of the Government of Mauritania. Accordingly, it is hereby

ORDERED that petitioner shall show cause in writing, on or before July 25, 2008, why the petition for habeas corpus in this case should not be dismissed as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 2, 2008