PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

# EXHIBIT A

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

## Aono, Linda

**From:** Gustafson, Abigail
**Sent:** Monday, July 14, 2008 9:38 AM
**To:** Aono, Linda
**Cc:** Fryszman, Agnieszka
**Subject:** EX A to Today's filing FW: Detainee Status Notification

-----Original Message-----
**From:** John Robert Holland [mailto:jholland1@mac.com]
**Sent:** Thursday, February 22, 2007 5:25 PM
**To:** Fryszman, Agnieszka
**Subject:** Fwd: Detainee Status Notification


Begin forwarded message:

> **From:** "Digiacomo, Matthew J Capt OARDEC, CYTW" <matthew.digiacomo@navy.mil>
> **Date:** February 22, 2007 2:56:14 PM MST
> **Subject: Detainee Status Notification**
>
> ```
> Dear Counsel for ISN 706
>
>      Through either the Administrative Review Board (ARB) process or the
> process DOD had in place prior to ARBs, your client has been approved to
> leave Guantanamo, subject to the process for making appropriate
> diplomatic arrangements for his departure.  Accordingly, my prior
> guidance regarding submission of materials for a 2007 ARB for your
> client is inapplicable to this detainee; he will not be receiving
> another ARB proceeding.
>
>      As you know, such a decision does not equate to a determination that
> your client is not an enemy combatant, nor is it a determination that he
> does not pose a threat to the United States or its allies.  I cannot
> provide you any information regarding when your client may be leaving
> Guantanamo as his departure is subject to ongoing discussions.
>
>
>
> DAVID N. COOPER, Lt Col, USAFR
> Staff Judge Advocate
> DOD HQ OARDEC
> Office for the Administrative Review of the Detention of Enemy Combatants
> Washington, DC
> ```