IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMMO BAY** | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-2336 (PLF) |

**PETITIONER'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO JULY 2, 2008 ORDER TO SHOW CAUSE**

Counsel for Petitioner Mohammed Al Amin ("Petitioner") respectfully submit this unopposed request for an extension of ten business days to respond to the Court's July 2, 2008 Order to Show Cause why this petition should not be dismissed as moot (the "July 2 Order"). Although Petitioner Al Amin has been released from custody of the United States, there still remains collateral impact on Petitioner Al Amin's rights (including his right to work and to travel freely) due to Respondent's "finding" that Petitioner was an enemy combatant.

Petitioner lives in Mauritania with limited access to telephone, and counsel seek a limited amount of additional time to continue their discussions with Petitioner about the ramifications of any further steps, including dismissal, of this petition. *See* Status Report, filed July 14, 2008, attached as Exhibit A (indicating that Petitioner has no objection to his case being held in abeyance while the cases of those men who are still detained at Guantanamo are heard). Petitioner's response to the July 2 Order is currently due on July 25, 2008. Counsel for Petitioner have conferred with counsel for Respondents, who do not oppose an extension of ten business days (until August 6, 2008) for Petitioner to

Case 1:05-cv-02336-UNA   Document 49   Filed 07/24/2008   Page 2 of 3

respond.  Accordingly, Petitioner respectfully requests the Court to issue an Order granting Petitioner until August 6, 2008 to respond to the Court's July 2 Order.

Dated:  July 24,  2008                                  Respectfully submitted,

Counsel for Petitioner:

___/s/ Matthew K. Handley_____
Agnieszka Fryszman (DC 459208)
Avi S. Garbow (DC 445399)
Matthew K. Handley (DC 489946)
Matthew B. Kaplan (DC 484760)
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**Law Offices of John Holland**
2150 W. 29th Ave, Suite 500
Denver, CO 80211

3