IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMMO BAY** | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-2336 (PLF) |

## PROPOSED ORDER

Upon consideration of Petitioner's Unopposed Request for Extension of Time to Respond to July 2, 2008 Order to Show Cause, Petitioner Al Amin's request is hereby

GRANTED. Accordingly, it is

ORDERED that Petitioner Al Amin shall show cause in writing, on or before August 6, 2008, why his petition for habeas corpus should not be dismissed as moot.

IT IS SO ORDERED.

DATED:

_____
United States District Judge
Paul L. Friedman